OPINION — AG — WHEN ACCUMULATED SICK LEAVE HAS BEEN PAID FOR BY THE SENDING SCHOOL DISTRICT (TEACHERS), THOSE DAYS FOR WHICH THE TEACHER IS PAID ARE NOT LONGER CONSIDERED UNUSED AND, AS SUCH, CAN NOT BE TRANSFERRED TO ANOTHER DISTRICT. (SCHOOLS) (SICK LEAVE, TRANSFER TO ANOTHER SCHOOL DISTRICT) CITE: 70 O.S. 1976 Supp., 6-104.5(B) [70-6-104.5], 70 O.S. 1980 Supp., 6-104(A) [70-6-104] (KAY HARLEY JACOBS)